AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Turkelson | Telephone: | (810) 280-6404 |
| Special Agent: | Paczok, FBI | Telephone: | (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Michael Nicholas Gonzalez

Case No. 1:23-mj-30249
Judge: Morris, Patricia T.
Filed: 06-13-2023 At 12:26 PM
CMP USA v. Michael Gonzalez (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 13, 2023** in the county of **Saginaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine base |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Paczok, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date: June 13, 2023

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force has been investigating Michael Gonzalez since January of 2023. Multiple controlled purchases of cocaine have been conducted. The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at the residence of Michael Gonzalez. Narcotics, a scale, and a cutting agent used in drug packaging, Inositol, were located.

## INTRODUCTION AND BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force. As such, I investigate violent individuals and street gangs for

1

various violations of federal law, including narcotics trafficking. Prior to working on the Safe Streets Task Force, I was assigned to the Detroit FBI Violent Gang Task Force as a Special Agent. In that roll I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Michael Gonzalez has violated 21 U.S.C. § 841(a)(1), possession with intent to distribute cocaine.

6. Since February, 2023, more than six controlled purchases of cocaine from Michael Gonzalez have been conducted by the FBI Mid-Michigan Safe Streets Task Force.

7. On June 13, 2023, the FBI Mid-Michigan Safe Streets Task Force executed a search warrant authorized by United States Magistrate Judge Patricia Morris at 703 S Charles, Saginaw, MI, 48602, which is located in the Eastern District of Michigan, Northern Division.

8. Two people were present at the time of the search: Michael Gonzalez and his mother Sylvia Ledesma. During the search, the following items were located: a bottle of Inositol, one scale with white powdery residue that tested positive for the chemical characteristics of cocaine, and one small, knotted plastic baggy containing cocaine. Based on my training and experience, I know that Inositol is used by drug traffickers as a cutting agent when repackaging narcotics for sale.

9. During an interview, Sylvia Ledesma stated that the narcotics located in the home were not hers, and therefore belonged to her son, Michael Gonzalez.

4

10. Based on the foregoing, there is probable cause to believe that Michael Gonzalez did possess cocaine with the intent to distribute in violation of Title 21 U.S.C. § 841(a)(1).

Respectfully submitted,

_____
Joshua Paczok
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 13th day of June 2023.

_____
Patricia T. Morris
United States Magistrate Judge